ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
2007 JUN 26 P 12:14

| | |
|---|---|
| JOHNNY J. BROWN, | ) |
| Plaintiff, | ) |
| v. | ) CV 106-189 |
| McDUFFIE COUNTY DETENTION CENTER and LOGAN MARSHALL, Sheriff of McDuffie County, | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** without prejudice and this civil action is **CLOSED**.

SO ORDERED this 26 day of June, 2007 at Augusta, Georgia.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE